# GOTLIB LAW

November 12, 2020

*Via* ECF

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/13/2020

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>*United States v. Dodaj, et al.,* 17 Cr. 219 (VSB)</u>

Dear Judge Broderick:

I was previously appointed as associate CJA counsel to represent Anthony Dodaj in the above-captioned matter.  On January 1, 2019, I became a member of this district's CJA panel and remain a panel member to-date.  My representation of Mr. Dodaj ended after he was sentenced to 65 months' imprisonment by the Court in April 2019.  This fall, Mr. Dodaj filed a *pro se* motion seeking modification of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) in light of his medical conditions and the COVID-19 pandemic.

I respectfully request that the Court appoint me as CJA counsel to file a motion supplementing Mr. Dodaj's *pro se* motion.  If the Court grants this request, I respectfully ask for four weeks to file such a motion.  I thank the Court for its consideration.

Respectfully submitted,

    /s/

Valerie A. Gotlib


cc:    All counsel of record (*via* ECF)